Case 2:20-cv-11059-SB-RAO   Document 17   Filed 03/0    Page ID #:59

FILED
CLERK, U.S. DISTRICT COURT

March 4, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SELIGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BDG MEDIA, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 2:20-cv-11059-SB (RAOx)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on March 4, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 9, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by April 2, 2021, the OSC shall be taken off calendar without further notice.  Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**:  The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not been completed, and the parties should be prepared for the Court to set a trial date.

Dated:  March 4, 2021



Stanley Blumenfeld, Jr.
United States District Judge