FILED
CLERK, U.S. DISTRICT COURT

April 6, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SELIGER,<br><br>Plaintiff,<br><br>v.<br><br>BDG MEDIA, INC.; *et al*.,<br><br>Defendants. | Case No.: 2:20-cv-11059-SB-RAO<br>*Hon. Stanley Blumenfeld, Jr. Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

1

ORDER:

FOR GOOD CAUSE APPEARING, this action is hereby DISMISSED without prejudice in its entirety, with each party to bear its own costs and attorneys' fees as incurred in this action.

SO ORDERED.

Dated: April 6, 2021          By: _____
                                   HON. STANLEY BLUMENFELD, JR
                                   U.S. DISTRICT JUDGE